IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI BEJVANCESKY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV3083 |
| | ) | |
| v. | ) | |
| | ) | |
| AMBASSADOR HOLDING COMPANY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 45), is granted.

2) The trial of this case is set to commence before the district judge at 9:00 a.m. on August 29, 2011 for a duration of three trial days. Jury selection will be at the commencement of trial.

DATED this 15th day of February, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge