IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI BEJVANCESKY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV3083 |
| | ) | |
| v. | ) | |
| | ) | |
| AMBASSADOR HOLDING COMPANY, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The plaintiff's unopposed motion to withdraw document subpoena, (filing no. 56), is granted.

2) The defendant's motion to quash, (filing no. 53), is therefore denied as moot.

DATED this 30th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge