IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI BEJVANCESKY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV3083 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| AMBASSADOR HOLDING COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties:

IT IS ORDERED that the parties' joint oral motion to continue, (filing no. 63, is granted, and the progression schedule is modified as follows:

1) The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is May 20, 2011.

2) The pretrial conference will be held before the undersigned magistrate judge on August 22, 2011 at 10:30 a.m. by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 9:00 a.m. on August 22, 2011. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The jury trial of this case remains scheduled to commence before Senior Judge Warren K. Urbom on August 29, 2011, at 9:00 a.m., with a conference with counsel in chambers, Room 507, beginning at 8:30 a.m.

DATED this 22nd day of April, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge