IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LORI BEJVANCESKY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV3083 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| AMBASSADOR HOLDING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1)      Plaintiff's motion to withdraw, (filing no. 77), is granted; and

2)      The joint motion and stipulation for dismissal, (filing no. 76), is withdrawn.


DATED this 14th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge